# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Robert Raymond Althaus, ) | Case No. 4:15-cr-122 |
| ) | |
| Defendant. ) | |

Before the court is a "Renewed Motion to Amend the Order for Pretrial Detention" filed by defendant on June 24, 2016. Stressing that he has behaved well during his last ten months of detention, defendant asks that he be allowed to return to the State of Washington, where a construction job awaits him. In the alternative, he asks to be released to a residential facility. The Government opposes defendant's motion.

The court appreciates that defendant has now been in pretrial detention for ten plus months and commends defendant for his good behavior to date. Nevertheless, having reviewed the record, the court concludes there have been no material change in circumstances to warrant defendant's release at this time. Defendant's motion (Doc. No. 422) is therefore **DENIED**.

**IT IS SO ORDERED.**

Dated this 13th day of July, 2016.

                                                         */s/ Charles S. Miller, Jr.*
                                                         Charles S. Miller, Jr., Magistrate Judge
                                                         United States District Court